Certificate Number: 06531-TXS-DE-041248038

Bankruptcy Case Number: 26-20202



06531-TXS-DE-041248038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 25, 2026</u>, at <u>6:16</u> o'clock <u>PM CDT</u>, <u>Brandon J Wilmoth</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Texas</u>.

Date:   <u>July 25, 2026</u>          By:      <u>/s/Jacqueline Gonzalez Guillen</u>

Name:   <u>Jacqueline Gonzalez Guillen</u>

Title:   <u>Credit Counselor</u>