Certificate Number: 06531-TXS-DE-041248039

Bankruptcy Case Number: 26-20202



06531-TXS-DE-041248039

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2026, at 6:16 o'clock PM CDT, Jasmine I Wilmoth completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 25, 2026                    By:      /s/Jacqueline Gonzalez Guillen

                                         Name:   Jacqueline Gonzalez Guillen

                                         Title:   Credit Counselor